# MINUTE ORDER

CASE NUMBER:          CRIMINAL NO. 22-0060-2 LEK

CASE NAME:            USA v Gwynn Darle Morrison

---

JUDGE:    Leslie E. Kobayashi          DATE:          09/06/2022

---

COURT ACTION:    **COURT ACTION:  EO: ORDER DENYING GOVERNMENT'S REQUEST [FILED 8/3/22 (DKT. NO. 31)]**

On August 3, 2022, Plaintiff United States of America ("the Government") filed a request for the Court to direct the defense attorney to provide a statement of informed consent as was ordered in United States v. Rabago, et al., Cr. No. 19-00040 LEK.  See Government's Request for Statement of Informed Consent, filed 8/3/22 (dkt. no. 31) ("Request").  Defense counsel filed her opposition to the Request on August 10, 2022.  See Megan K. Kau's Objection to Request for Statement of Informed Consent, Filed August 3, 2022 [Dkt. 31], filed 8/10/22 (dkt. no. 35) ("Response").

Having reviewed the submissions, the Court FINDS and CONCLUDES that Ms. Kau does not have a conflict of interest as set forth in Rule 1.7, Hawai'i Rules of Professional Conduct.  Specifically, based on the representations by the Government and Ms. Kau, there is not "a significant risk that the representation of" Defendant Gwynn Darle Morrison "will be materially limited by [Ms. Kau's] responsibilities to another client, a former client, or a third person, or by [her] personal interest."  See Haw. R. Pro. Cond. 1.7(a)(2).

The Government's Request is therefore DENIED.

**IT IS SO ORDERED.**

Submitted by: Agalelei Elkington, Courtroom Manager